**Denied and Opinion Filed October 27, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01125-CV**

**IN RE PRISCILA BRISENO, Relator**

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00330-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith
Opinion by Justice Partida-Kipness

Relator's October 19, 2022 petition for writ of mandamus seeks relief from the trial court's order reinstating the case. Relator's petition fails to comply with the rules concerning the requirements for filing a petition for writ of mandamus. *See* TEX. R. APP. P. 52.3(j). Accordingly, we deny relator's request for mandamus relief. *See In re Butler*, 270 S.W.3d 757, 758 (Tex. App—Dallas 2008, orig. proceeding).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

221125F.P05